**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GUILLERMO ROMERO DIAZ,

Petitioner,

vs.

MARKWAYNE MULLIN, et al.

Respondents.

CASE NO. 5:26-cv-3352-SK

**JUDGMENT**

Pursuant to this Court's Order Granting Petition**, IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is granted and petitioner **Guillermo Romero Diaz** (**A# 221-462-458**) is to be released from custody immediately.

The Clerk of Court is instructed to close this case.

DATED: July 13, 2026

STEVE KIM
United States Magistrate Judge